*Klingbeil against the Public Bank.* No opinion. Application denied, with $10 costs. Order signed. See, also, 128 N. Y. Supp. 674.

KNAPP, Appellant, v. SCHLESINGER et al., Respondents. (Supreme Court, Appellate Division. First Department. May 19, 1911.) Action by Mark I. Knapp against Adolph Schlesinger and others. M. I. Knapp, for appellant. M. H. Hochdorf, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

KNIERIEM v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Joseph A. Knieriem against the New York Central & Hudson River Railroad Company. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

KOELLHOFFER v. HILLEBRAND et al. (Supreme Court, Appellate Division, Second Department. April 28, 1911.) Action by Silverius Koellhoffer against Henry Hillebrand and others.

PER CURIAM. Judgment affirmed, with costs, as to the appellant Hillebrand, and reversed as to the appellants Schneider and Farragut Realty Company, and new trial granted, costs to abide the event, upon the ground that the evidence fails to establish a cause of action against either of them in plaintiff's favor. See, also, 134 App. Div. 936, 118 N. Y. Supp. 1118.

KOPLINGER, Appellant, v. AMERICAN LOCOMOTIVE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 17, 1911.) Action by Frank Koplinger against the American Locomotive Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. For former decision, see 128 N. Y. Supp. 1129.

KOWALSKA, Respondent, v. SEMELKA, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 3, 1911.) Action by Anna Kowalska against Theophilus Semelka.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held: (1) That the verdict is contrary to the evidence; (2) that, assuming defendant was guilty of the acts alleged, they were with the consent of the plaintiff; (3) that the trial was conducted in a manner prejudicial to the defendant's rights in many respects.

SPRING, J., concurs in result only.

KRAM, Appellant, v. SHYEV, Respondent. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Harry Kram against Joseph Shyev. E. Cohn, for appellant. S. L. Samuels, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 125 App. Div. 922, 110 N. Y. Supp. 1134.

KRASSELT et al., Appellants, v. WORTH et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 24, 1911.) Action by William Krasselt and another, as executors, etc., against Louise Worth and others.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellants to abide event. Held, that upon the evidence as it stood when the plaintiffs rested they had made out a prima facie case, and a nonsuit should not have been granted, and the third finding in the decision is not sustained by the evidence.

ROBSON, J., dissents.

In re KUEHNERT. (Supreme Court, Appellate Division, First Department. June 9, 1911.) In the matter of Robert Kuehnert. No opinion. Application denied. Settle order on notice. See, also, 128 N. Y. Supp. 1130.

LACHMANN et al. v. PEOPLE et al. (Supreme Court, Appellate Division, Second Department. May 26, 1911.) Action by Abraham Lachmann and another against the People of the State of New York and others. No opinion. Order (127 N. Y. Supp. 910), affirmed, with $10 costs and disbursements.

LANDSMAN, Respondent, v. JOLINE et al., Appellants. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Benjamin Landsman, an infant, etc., against Adrian H. Joline and others, as receivers, etc. B. H. Ames, for appellants. C. Steckler, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LANDSMAN, Respondent, v. JOLINE et al., Appellants. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Ernestine Landsman against Adrian H. Joline and others, as receivers. B. H. Ames, for appellants. C. Steckler, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LARCHAN v. MACDUFF et al. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Joseph Larchan against Emily Macduff and others. C. Meyers, for appellant. E. Van Dernoot, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LARKE, Respondent, v. JOHNSTON, Appellant. (Supreme Court, Appellate Division, Second Department. June 2, 1911.) Action by Thomas Larke, an infant, by Seneca Larke, Jr., his guardian ad litem, against John Johnston.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

WOODWARD and RICH, JJ., dissent.

In re LASH. (Supreme Court, Appellate Division, First Department. May 12, 1911.) In the matter of Sidney R. Lash, an attorney. No